UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,

    Plaintiff,

v.

WALTER L. GILMORE TRUST, ANITA LOUISE GILMORE TRUST, and HUNGER STREET HOLDINGS, LLC, d/b/a/ HUNGER STREET TACOS,

    Defendants.

Case No. 6:25-cv-01993-GAP-NWH

## HUNGER STREET HOLDINGS, LLC D/B/A HUNGER STREET HOLDINGS, LLC'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND MEMORANDUM OF LAW

COMES NOW Defendant, HUNGER STREET HOLDINGS, LLC, d/b/a/ HUNGER STREET TACOS ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A), hereby files this Unopposed Second Motion for Extension of Time to Respond to Plaintiff's Complaint [Doc. 1] filed by Plaintiff, TAVIA WAGNER, requesting an extension of time through, and including, January 23, 2026, and states the following in support:

1. On October 15, 2025, Plaintiff filed her Complaint in this matter, naming HUNGER STREET HOLDINGS, LLC, d/b/a/ HUNGER STREET TACOS as a Defendant. Within the Complaint, Plaintiff generally alleges that HUNGER

0887038\212628\17168790v1

STREET HOLDINGS, LLC, d/b/a/ HUNGER STREET TACOS violated the Americans with Disabilities Act (ADA).

2. Defendant was served with the Complaint and Summons on November 3, 2025. On November 21, 2025, Defendant filed their Unopposed Motion to Extend Answer Deadline and to Extend Time for Formal Inspection [Doc. 13] which was subsequently granted, extending Defendant's deadline to respond to the Complaint by thirty (30) days [Doc. 14].

3. Pursuant to Fed. R. Civ. P. 6(b)(10), the Court may extend the deadline for Defendant to respond to Plaintiff's Complaint upon a showing of good cause.

4. Defendant and undersigned counsel are in the process of diligently gathering all pertinent facts and information relating to the allegations set forth in Plaintiff's Complaint. Additional time is necessary to assist in evaluating the allegations in the Complaint and raising appropriate defenses.

5. Accordingly, Defendant requests an extension of an additional four (4) weeks, up to and including January 23, 2026, to file its response to Plaintiff's Complaint.

6. This extension is not made for the purpose of undue delay and is unopposed by Plaintiff.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b)(1) provides that the Court may, for good cause, extend the time for a party to complete an act if the request is made before the original time expires. As set forth above, this extension request is being sought prior to Defendant's current deadline to respond to the Complaint. The requested extension is unopposed by Plaintiff and is not made for the purpose of undue delay. Good cause exists for the extension in that the undersigned is in the process of diligently gathering all pertinent facts and information, such that additional time would assist in evaluating the allegations et forth in Plaintiff's Complaint and raising appropriate defenses.

## CONCLUSION

WHEREFORE, Defendant, HUNGER STREET HOLDINGS, LLC, d/b/a/ HUNGER STREET TACOS, respectfully requests the Court enter an Order granting it an extension of an additional four (4) weeks, up to and including January 23, 2026, to respond to Plaintiff's Complaint, and provide any other relief deemed just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

I HEREBY CERTIFY that, pursuant to Local Rule 3.01(g), an attorney from 1my office conferred with counsel for Plaintiff, Anthony T. Litsch III, Esq., via

email on December 26, 2025, regarding this Motion, and Plaintiff has no objection to the extension requested herein.

/s/ Shawn M. Trautman
Ryan P. Scordato, Esq.  FBN: 0089227
Shawn M. Trautman, Esq. FBN: 124269
**LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A.**
215 North Eola Drive
P.O. Box 2809
Orlando, FL 32802-2809
ryan.scordato@lowndes-law.com
shawn.trautman@lowndes-law.com
liliana.facchinei@lowndes-law.com
susan.halfpenny@lowndes-law.com
litcontrol@lowndes-law.com
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
*Attorneys for Defendant,*
*HUNGER STREET HOLDINGS, LLC d/b/a/ HUNGER STREET TACOS*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of December, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Shawn M. Trautman
Shawn M. Trautman, Esq.

0887038\212628\17168790v1